IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHRISTOPHER OTERO-RIVERA,

     Appellant,

v.

Case No.   5D21-1958
LT Case No. 2019-CF-003738-A-O

STATE OF FLORIDA,

     Appellee.
_____/

Decision filed December 27, 2022

Appeal from the Circuit Court
for Osceola County,
Keith A. Carsten, Judge.

Matthew J. Metz, Public Defender, and
Kathryn Rollison Radtke, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock McGuigan,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

COHEN, NARDELLA and WOZNIAK, JJ., concur.